IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEANN WALTER, *an individual*, | ) ) ) |
| Plaintiff, | ) ) Case No.: 1:13-cv-03846-TJS |
| v. | ) ) ) |
| DISCOVERY HOLDINGS, LLC, *a Maryland Limited Liability Company*, | ) ) ) |
| Defendant. | ) ) |
| _____ | / |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismiss this action with prejudice and each party shall bear its respective fees and costs.

Dated: October 6, 2014

Respectfully submitted,                                                    Respectfully submitted,

/s/ Demetrios G. Kaouris                                                  /s/ Robert King
Demetrios G. Kaouris (Fed. Bar No. 15348)            Robert King, Esquire (Fed. Bar No. 07156)
Miles & Stockbridge, P.C.                                            King & Silverman, Attorneys at Law
101 Bay Street, Suite 2                                                  3470 Olney Laytonsville Road, Suite 333
Easton, Maryland 21601                                              Olney, Maryland 20832
Telephone: 410-822-5280                                          Telephone: 301-774-5999
Facsimile: 410-822-5450                                            Facsimile: 301-774-5997
dkaouris@milesstockbridge.com                              bobking@silverkinglaw.com

*Counsel for Defendant*                                              *Counsel for Plaintiff*