IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEANN WALTER, *an individual*, ) ) ) Plaintiff, ) ) v. ) ) DISCOVERY HOLDINGS, LLC, ) *a Maryland Limited Liability Company*, ) ) Defendant. ) / | Case No.: 1:13-cv-03846-TJS |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on Plaintiff's and Defendant's Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii). The Court having reviewed said Stipulation, and being otherwise fully advised, it is hereby;

**ORDERED AND ADJUDGED** that this action is hereby dismissed with prejudice;

**ORDERED AND ADJUDGED** that the respective parties shall bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers this 6th day of October, 2014.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate